**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

KHADRA HASSAN ABSHIR,

Petitioner,

v. No. 2:26-cv-00301-DHU-JFR

KRISTI NOEM, Secretary, U.S. Department of Homeland Security, Department of Homeland Security, in her official capacity; TODD M. LYONS, Acting Director of Immigration and Customs Enforcement, Immigration and Customs Enforcement, in his official Capacity; DAVID EASTERWOOD, Field Office Director of Enforcement and Removal Operations, Minneapolis – St. Paul Field Office, Immigration and Customs Enforcement, in his official capacity; MARY DE ANDA-YBARRA, Field Office Director of Enforcement and Removal Operations, El Paso Field Office, Immigration and Customs Enforcement, in her official capacity; and WARDEN OF OTERO COUNTY PROCESSING CENTER, custodian of detainees at the Otero County Processing Center, in their official capacity,
,

Respondents.

**ORDER TO SHOW CAUSE**

THIS MATTER is before the Court on Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition"). Doc. 2. Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 and requests, *inter alia*, that the Court order Respondents to immediately release her from custody or, in the alternative, order the Respondents to provide her with a bond hearing under 8 U.S.C. § 1226(a). *Id.* at 4 ¶ 13, 21 ¶ 3.

Pursuant to the District of New Mexico's Standing Order regarding service of process in immigration habeas cases, procedures for service of the Petition on Respondents are governed by Rule 4 of the Rules Governing Section 2254 Cases. *See In the Matter of: Service of Process in*

*Immigration Habeas Petitions Filed Pursuant to §§ 2241 et seq.*, 26-MC-0004-03 at 1 (explaining that the district court may apply any or all of these rules to a habeas petition not covered under 28 U.S.C. § 2254). Pursuant to this Standing Order, the Clerk's office has electronically served copies of the Petition and this Order on Respondents through the CM/ECF system, or alternatively, by certified mail. *See* Doc. 6.

The Court has reviewed the Petition *sua sponte* under Habeas Corpus Rule 4 and finds that dismissal is not warranted and a response from the Government is necessary. Absent an emergency motion filed under Federal Rule of Civil Procedure 65, such as a request for a temporary restraining order, and pursuant to the Standing Order regarding service, **IT IS HEREBY ORDERED** that Respondents must answer the Petition and show cause why it should not be granted within ten (10) business days of this Order. Petitioner's reply, if any, is due five (5) business days after the Response is filed. The Court will set a hearing, if necessary.

**IT IS SO ORDERED.**

HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE